IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MALIBU MEDIA, LLC,

                Plaintiff,   :   Case No. 3:14-cv-186

                                               District Judge Walter Herbert Rice
- vs -                                     Magistrate Judge Michael R. Merz

JACOB STEINER,

                Defendant.   :

## ORDER ON STIPULATION FOR DISMISSAL

This case is before the Court on upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media's and Defendant Jacob Steiner's claims against each other with prejudice (ECF No. 38). Upon said Stipulation it is hereby ORDERED AND ADJUDGED:

1. All Plaintiff's and Defendant Jacob Steiner's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

December ____, 2015.

                                                                  Walter Herbert Rice
                                                                  United States District Judge

1